FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/17/2024
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. _____

UNITED STATES OF AMERICA,

    Plaintiff(s),
KATE CULLUM STRATEGY & DESIGN LTD,
DIRECTOR KATE CULLUM,
A NEW ZEALAND CORPORATION

v.

    Defendant(s).
PALANTIR, INC
CHAIRMAN PETER THIEL,
A COLORADO CORPORATION

---

## NOTICE OF CRIMINAL PROCEEDINGS
## PALANTIR V KATE CULLUM STRATEGY & DESIGN

---

DATE:
17 JANUARY 2024


<u>Self Represented Prefiling</u>
Attorney yet to be appointed
Likely Attorney General representing
the public.

9 January 2024

Dear Auckland District Court and Colorado Court and California Court,

I and my company Kate Cullum Strategy and Design Ltd, as a whistleblower, have a mammoth criminal case of gigantic proportions of a murder attempts, hacking, financial crimes, bribery of officials and surveillance crimes by Palantir surveillance private company director Peter Theil and corruption and bribery by NZ GCSB Director Hampton. See email below of horrendous nature of crimes of my defence.

They are currently being subjected to a Private Prosecution by PM Luxon and CIA Director Burns, so this stays out of the press. They are about to be arrested if they don't comply with the PP.

They may try and file civil with Peter Theils billions, but this entire case must stay in criminal with me as the victim of crime. I have yet to find a lawyer over the holidays to get name suppression as victim, and ensure this entire case remains in criminal. The Attorney General may be representing me because my side represents the government. Thiel may try to file civil to stop me filing complaint with his bosses the Palantir investors over his being fired for these offences. Please put this letter before the judge and give me a chance to get myself protected in time extension and for CIA to do Financial Forensics on Theil, and deny any of his motions. I am working with the Prime Minister Luxon of NZ and CIA Director Burns and they are moving to prosecute him.

There may be a DA notice they put on this case that affects international security.

I am a brand strategist, and unfamiliar with court process and just forewarning you now of this giant criminal case in a prefiling.

PM Luxon, NZ Police Commissioner Coster and CIA Director Burns support my case. As does Director Haines of National Intelligence, Director Berrier of Defence Intelligence, Director Nakasone of NSA and Secretary Austin of Department of Defence. President Biden also supports me and knows about this case. Investors also support me. As does Facebook, Musk and Google who have all been hacked illegally by Palantir Peter Thiel.
Mv side represents the government and public interest.

About this case national security issues, the American Judge needs to contact:
Director Burns wburns@cia.gov
Director Berrier of National Intelligence sberrier@dia.mil,
Avril Haines Director of Intelligence Defence ahaines@dia.gov
Director Nakasone of NSA pnakasone@nsa.gov.
President Biden supports and knows about the case of renationalisation of Palantir.

All my devices are being hacked. Please put this before the Judge appointed in Palantir Peter Theil vs Kate Cullum Strategy & Design Ltd. Or if you can't find it put it before a new judge to contact me.

Kate Cullum (Ba. Design)
Director / Strategist
Kate Cullum Strategy & Design
T +64 (0)27 20 300 15
E Kate@katecullum.com
W www.katecullum.com

8 January 2024

**NOTICE OF PRIVATE PROSECUTION**

Theil and Hampton,

You have tried to murder me multiples times from whistleblowing your highlevel crimes. All documented on my Statement in clear motive of murder.

https://drive.google.com/file/d/12X9dF48TM6zN2Lz0eBcmWMEYZNGrZf8B/view?usp=drivesdk

(*Judge please read the first ten pages to establish motive and evidence in events*).

You are hacking my and other official emails and tracking my phone abusing Palantir surveillance equipment. You have hired military company assassin's and spy companies to assassinate me multiple times I've had to flee to police. You are up to dubious illegal criminal activities at Palantir. You are hacking Facebook, high net worth phones and IP theft. I have evidence of all my claims against you. You have financial crime, bribery of officials and staff, surveillance crimes, murder attempts and hacking crimes to answer for. God knows what we are going to find on Financial Forensics of what criminal activities you've been doing. What military company payments and spy hacking company payments you have made in your personal companies in hunting and killing your victims.

Because this case could impact my life as the byproduct of my winning case (I won't be able marry, breed or work again due to the seriousness of the suit), I will offer to put my prosecution of arrest on hold with your employers the CIA, President Biden, NZ Govt, Palantir Federal Advisory board, providing you comply with this Private Prosecution Notice. There are two options you can take here.

This entire case and all your crimes (murder attempts, hacking, financial crimes, surveillance crimes, facebook hacking, high networth phone hacking and Financial Forensics crimes, and other murder payments), can go public, where we arrest you and imprison you, seizing your finances, and you get public instant dismissals from your roles. Or we can do a Private Prosecution as detailed below.

This arrest is about to happen immediately and will happen if you don't comply with this Notice of Private Prosecution. CIA and PM Luxon are going to confirm this arrest if you don't comply with this Notice of Private Prosecution.

The Private Prosecution Deal, avoiding the press:

1. You are to leave me the hell alone and stop trying to murder me, stop hacking my information, cease hacking my phone and emails. Leave me the fuck alone. Do this immediately. If you don't we go public criminal prosecution where you will both be thrown in prison.
2. You must stand down from your roles privately in resignation immediately, Theil as Chairman of Palantir, Hampton as Director of GCSB effective immediately. All your work  devices are to be confiscated by CIA/PM, techstaff are to remove access codes/cards, and you are to leave the building. Otherwise we will do a public criminal

      case and you'll be dismissed publicly instantly in your arrest for murder attempts of me, hacking, bribery, financial crimes and surveillance crimes, including hacking facebook, high net worth, IP theft, and other assassination payments to military companies and private contractors, spy companies, staff payments and bribery payments, plus everything that comes out in financial forensics.

3. Palantir offensive government work is to be taken over by the CIA, and under private prosecution this will be for national security reasons generically, publicly. In a public criminal prosecution it will be renationalised because Palantirs full of crimes and criminals, lead by criminal Thiel, in a public criminal prosecution.
4. Pay myself out $150m in damages by the 8 February 2024. CIA can instruct their own damages with Theil and Palantir. Otherwise I'll take you for $1b and CIA will bankrupt you for your other $3b in a public criminal prosecution, and destroy all of Palantir and renationalise it for a pittance, whilst your rotting in prison with your finances seized.

In your resignation, you are are not to have to any thing further to do with Palantir or its staff or technology. No emails, no payments, no contact. Neither is Hampton at Gcsb. Otherwise you breach this agreement and the whole case will go to public trial and we criminally charge you with murder and the other serious crimes. The NSA will be watching you like a hawk, all your emails, phone calls and bank transactions for breaches and other criminal acts. There will be staff at CIA NSA dedicated to just monitoring you, knowing when you take a shit. The only reason we're not going public now with an arrest, is because I don't want to go public. You will take me down with you in a legal system that could fail to protect me for years this criminal case could drag on. It will also destroy all your businesses and Palantir will self implode in corruption overnight.

If you don't comply with this Notice, we will publicly arrest you like lightening and imprison you for life for all these crimes and bankrupt you. That's what everyone wants, to finish you and your evil. But as a byproduct to my winning, this size of this case could murder me in my innocence anyway. So I will put the arrest on hold for you to comply with this Private Prosecution, and avoid going public.

You are still having Financial Forensics done to see all the illegitimate criminal payments you've been making (see Forensics below). You will financially pay for all misconduct and violations of your CIA contractors agreement.

You are to cease following me, cease your obsession with me, cease tracking my devices and invading my emails, or public arrest prosecution is going ahead and you'll be arrested and imprisoned quicker than you can spy on my screen activity. Then all these crimes of yours will be in the courts/public domain. All your net worth, you reputation, your finances, all your businesses and investments will be destroyed overnight including Palantir. Your life will be destroyed at the mere woof of this case and the extremely high level criminal charges (murder attempts, financial crimes, bribery of officials, illegal hacking, facebook and high net worths hacking, surveillance crimes, other assassination payments we find). All proven with evidence and clear motive.

The Palantir government business will continue to be renationalised but we will remove the criminal element out of it, and it will just be for national security reasons generically in a private prosecution. Otherwise we will all go criminal prosecution with the whole company of criminals and CIA can buy Palantir for a bargain which is what they probably prefer. Palantir will be worth $1 as a corrupt company run by criminals and be destroyed overnight, and all the Investors will sue Peter for $35b personally.

My case is the government of the USA and NZ representing me and all you have is little corrupt Palantir and crooked bad rep Peter Theil. Do you think you and Palantir can take on the CIA, Peter, and the NZ Government? You don't stand a chance with all the crimes we have on you. And that's what will happen if you continue your murderous obsession with me. The public arrest, prosecution and imprisonment will go ahead in one fowl swoop and you'll be on your ass in prison before you can open your phone to call your hackers. You might get murdered in prison yourself with a lot of enemies that will pay for it, you won't have your finances or hackers to protect you. You won't get bail with all your money because you're a clear danger to me in a bulletproof unit and you'll get life imprisonment/death penalty for cyber hunting your victims like a video game like a mentally deranged psychopath with mental health issues, as advised by psychologists we will be hiring as your psychoprofiling as a antisocial contrarian loner.

CIA and myself will sue you 1:3 to bankruptcy, after your finances are seized immediately anyway for all the crimes you've committed and assassination threats to staff for speaking out against you. Your name will be nothing but a deviant murderous villain behind bars where you will very likely get murdered yourself, beat up bloody and murdered by all your enemies who will pay for it, now your weak and vulnerble in prison.

If you go the public route, a public criminal prosecution will destroy all your businesses overnight, including Palantir. It will destroy you personally in a public criminal prosecution, regardless of outcome, the mere charges will destroy you. It's not just Kate Cullum that is prosecuting you, it's the US Government CIA and NZ Government that you're going up against. Plus my case is supported by Avril Haines Director of National Intelligence, Director Berrier of Defence Intelligence, Director Nakasone of NSA and I think because of your military assassinations that Department of Defence Lloyd Austin is about to make an entrance and knows about this case too. And these are all parties you're going up against Peter Theil. The criminal prosecution will be with the USA Defence & Intelligence departments that you're trying to make a stand against as little lone tiny Peter Theil. They know all about this case detail because as you know I have been emailing them. That's who you are up against in a public criminal prosecution, whilst your behind bars, with all your accounts and finances seized trying to defend this.

Comply with this notice; leave me alone, stand down in forced resignation and pay damages, then Palantir will survive and so will your other businesses and reputation from these most serious criminal charges, in this whole case avoiding the press in staying private. These are the consequences of your crimes. You avoid arrest, imprisonment, a public criminal prosecution and losing your entire businesses and careers. You keep Palantir afloat and all your other businesses and interests will remain unaffected, you maintain control of your finances, and your reputations will remain intact. Otherwise we all go to court publicly in this high level public criminal prosecution where everyone's businesses and careers will be destroyed overnight by the mere charges (murder attempts with me and other murders, illegal hacking high net worths phones, hacking Facebook, bribery of officials, financial crimes, surveillance crimes and more in Financial Forensics) and you will be arrested and imprisoned for life, finances seized and bankrupted.

Too, your case is extremely weak with all the evidence we have on you, and your lack of being able to prove all your dodgy criminal payments. My Statement is full of substance, evidence and motive that can easily convict you of murder. I have a apology coming from mental health and police for not prosecuting these multiple assassination attempts who are now against you, like leaders the PM, CIA,  President Biden and Pfab are against you. I have video footage evidence of assassins in my apartment. We've got your own criminal file with Denver Police of people that whistleblew you and got murdered but police were unable to convict for lack of evidence, in assassination cases building up against you. These can now criminally charge for murder now too. We have all the evidence in the forensics about military assassins and spy companies for these knock off jobs, who you've been paying. Where are your email forwarded Contracts for these dodgy large payments for assassinations. All crimes we find in the forensic email below. All your bribery payments to staff, officials and individuals. All other military companies and spy hacking companies you've used for assassinations in this pattern of how you kill people.

Your Palantir dodgy staff you paid privately will turn on you to save themselves when your weak and arrested, so everything you deleted will not hide your crimes. You trying to knock squeeling staff off is one of the reasons you will have bail denied and the CIA will seize ALL you finances. Staff will get off prison sentences providing they declare everything illegal you've been doing and were made to delete evidence of. All the other murders they were involved in where you hunted people cyberly and killed them. You'll be behind bars with finances seized so you can't pay for assassinations of anyone whose speaking against you. All private spot jobs will be declared as further crimes against you in abuse of Palantir surveillance equipment. CIA will do reduced sentence deals with the military company, spy company and assassins providing they turn on you in pleabargaining, evidence is stacked against them too forcing them life sentences  unless they turn on you as the chief psychopath.

I have Commendations coming from everyone in power for being the chief in leading this high level crime and getting everyone out of the error of privatistion of central intelligence. If it goes public, I will likely get a Victorias Cross in military public service, from GG Dame Kiro for this entire  operation I've lead. Because I have lead operation saving American Intelligence national security, I will get a letter of Commendation by President Biden even, and whom knows about your criminal behaviour now by the PFAB for renationalisation. KCSD has my multimillion dollar businesses rebranding Parler/Twitter, Virgin and Google in high powered business credibility, which you will destroy with this case publication,  which I can further sue for commercial losses. They are worth about $100m and will be presented as losses in court. My innocent reputation over this case is impeccable, when all you are is a rich criminal thug with a distrustful, deviant reputation by absolutely everyone. Everyone wants to see you go down, Google, Zuckerberg, Musk that you have hacked and violated (with their own billion dollar lawsuits coming when this goes public), and they will join the chorus with their might backing me, as we all sue you to bankruptcy and imprison you for life, which I'm actually reconsidering taking this public after all and getting $1b my case is so strong. CIA will agree and want $3b plus damages for contract violation from Palantir Corporation, and most importantly put you as a murderer in prison and take Palantir for a pittance. They won't want to do a private prosecution, they will want to take you out to be put in prison. Then the NZ PM will sue Palantir Corporation and it's libel directors for bribery corruption with the GCSB and then Palantir's entire software platform integrity will be utterly

destroyed globally. You will lose all your government and corporate clients overnight. And we haven't even got onto the Forensics yet, what finanial crimes is that going to unearth in multiple assassination payments, bribery to officials, bribery to staff, illegal criminal companies and transactions — all crimes that could be used in a public criminal prosecution. This is all from a weak defence of a longstanding criminal that the CIA and NZ Government want to imprison. They will do it, they will destroy you and your empire overnight. It will be the biggest global news your downfall to bankruptcy and imprisonment. The courts will destroy you for my innocence.

Hampton

As for Hampton, he is committing all these crimes along with Theil. His refusal to investigate my company IP hacking in favours and bribery to Theil, Illegally spying on me hacking and tracking my phone and emails, abusing surveillance equipment to share my locations with assassins to kill me for whistleblowing him. Illegal camera spying in the city. Camera spying outside my apartment to hunt me, with staff lied to, instructed to spy on me as a criminal, when the criminals are Hampton and Theil. GCSB investigation of staff will reveal everything deceitful he was and is doing, including his phone and email and deleted item boxes investigated by NSA and presented as evidence. Why he's accepting payments with no email forwarded Contracts, in bribery kickback payments with Theil. His bank accounts presented in a public criminal prosecution in payments from Theil. Staff will speak out against him when he's arrested and PM Luxon orders it, with their employment protection.

These are the criminal charges Hampton will be facing as accomplice to crime of murder and other crimes, if we go public prosecution if Hampton doesn't accept this deal of privately resigning immediately.

Like Theil, PM Luxon is to stand him down in an immediate forced resignation. Confiscate his work devices, delete their access codes/cards and he is to leave the building immediately. Along with Hampton, the 2IC needs his bank accounts checked for payments from Theil and dismissed. The staff need to be investigated what spying programs they had on Kate Cullum. Who was made to spy on me in city cameras, and cameras outside my apartment. What email and phone tracking they were instructed to do. All part of a public prosecution against Hampton if he doesn't take this private prosecution deal to resign immediately. PM Luxon will stand you down immediately in arrest as the alternative. You will lose everything, your finances, remaining behind bars.

—

Theil, if you dear to even so much as think about me or so much as hack to read one of my emails, and I detect it, I will breach this private prosecution deal and reinitiate this public criminal case and throw you in prison instantly for murder and we will all bankrupt you and seize all your accounts. This murder attempt and my Statement will be with President Biden, PM Luxon, on your police file, with NZ Police and Denver Police, GG, AG, Interpol, international police gang, mafia and cartel organisations, FBI, CIA, USA Defence & Intelligence leaders, NZ Special Police Armed Forces, to protect me immediately and imprison you, if you even think about me and I detect it. If you try and do any civil lawsuits this whole case is going criminal public trial with your arrest and seizing your finances and

you'll be finished. They will imprison you instantly if you so much as spend one iota even thinking about me and I detect it. Any threats whatsoever and your going down to Prison as everyone is absolutely vying for why we are not imprisoning you and arresting you as one of the biggest criminals in the world, cyber hunting and killing your victims like a psychopath. President Biden, CIA everyone above is not going to want you to be free. They are going to want to imprison you and go public and not stand whilst you've committed all these high level crimes. Everyone wants you arrested, in prison, bankrupted. Everyone is being held off by me who doesn't want to go public, they are vying for your finishing in the public domain criminal system where criminals belong and why you're being let off is going to have you watched like a hawk and on life sentence hairstring threat of immediate imprisonment.  You won't be able to shit without their knowledge. You are keeping your Palantir, your other businesses and reputation together by a hairstring.

The NSA will be watching you like a hawk for every dodgy assassin payphone you call and all your deleted items bin on your phone and emails will be scanned for your crimes, every business deal will be scrutinized for crime. All military company and spy companies are going to be investigated for large payments from your personal estate. Any further assassination payments that are obvious to everyone.

You must also cease all civil suits of me and KCSD ltd permanently and not start any new one's for any reason whatsoever permanently. Cease any pursuit of me in any and all proceedings and all ways. If you even think about pursuing me in any way as a threat, the criminal case will go to trial publicly, you'll be thrown in prison for murder and bankrupted. Finances seized so you can't do any assassinstions or suits.

If you don't comply with this Notice and all it's terms, leaving me alone, immediately standing down from Palantir and pay damages, and you continue as you are ignoring this notice, we will criminally charge you publicly with the threats herein. CIA and NZ Govt will prosecute you publicly. Palantir will be renationalised as a criminal company being destroyed. You will be arrested by force, put in prison for your danger to me, with your finances and accounts seized for financial crimes. You will get no name suppression and all your businesses will be destroyed overnight.

—

You are a digusting, despicable, deviant, conscienceless, psychopathic, cancerous, pure evil excuse for a human being Peter Theil. You are going to be tortured for eternity when you die as exactly what you deserve as your criminal sentence for life. You're eyes are going to be dug out and then your flesh grows back and you go through the same torture again and again for eternity for all the illegal spying you've done. You're going to get your head beaten with a block and arms and legs hacked off for all the murders you've committed, over and over again your flesh grows back to be tortured in new ways. That's your life sentence.

<u>Terms</u>
· You must leave me alone (this must be done immediately)
· Theil/Hampton must stand down from your roles privately in resignation immediately, Theil as Chairman of Palantir, Hampton as Director of GCSB effective immediately. All your work devices are to be confiscated by CIA/PM, techstaff are to remove access codes/cards, and

you are to leave the building.
· Pay $150m by 8 February 2024

Bank account:
Katie Cullum
010662006137100
Swift: anzbnz22.
Kate Cullum Strategy & Design Ltd..
—


**FINANCIAL FORENSICS ON THIEL**

<u>Refined Forensics</u>

· ENTITIES: Thiel will have about 20 entities. Check payments of all entities between 2 Nov - 16 Dec 22. Looking for military company transactions and small spy hacking company transactions. About $20-50m to military security guard company. And about $800k-1.6m to small spy company, which is far bigger than his day job salary.

· STAFF: Ask Theils accountant under duress to provide the account Thiel uses to pay small payments to private individuals. As your looking through his accounts in the last three years, you need to look for odd job spot payments to private individuals for under $100k repetitively. You need to find the Palantir staff by googling/facebooking them, and under interrogation, Alex Karp is to hand over their staff work and personal email, and search email instructions from Theil and 'kate cullum'. Ask staff in the offensive unit who is the high tech staff that Theil uses as his go-to. Once you find them, interrogate these staff on what the payments are for threatening to send them to prison for aiding and abetting murders and hacking. Offer them protection and getting let off charges for squeeling. Everything they were made to delete at Palantir too. All hacking jobs privately ordered by Thiel. Ask offensive unit staff if they know about illegal hacking of high net worth phones/emails, facebook hacking. Thiel needs to be in prison with his accounts and finances seized so he's not a threat to anyone in assassination to speak up. He needs to be in prison for assassinating me.

· HAMPTON: In checking Hampton accounts 'S & D Hampton Enterprises' as his sole small business, he will have payments from Thiel for bribery. The question needs to be asked why is a government official getting privately paid by Thiels companies? What possible legitimate work could this be other than bribery payments in kickbacks. Check Hamptons small company accounts for the last four years for mulitple large transactions from Thiels companies for large amounts that far exceed his public salary. Ask why he's been given this much? Where are the Hampton-Thiel emails for this work, why have they suddenly disappeared? Where are the dated emails forwarded with contracts for this work? Why is S & D Hampton Enterprises getting paid by a VC firm?

· MILITARY CO: Thiel paid the military company in the dates 2 nov-16 dec 2022 from one of his entities for $20-50m. But why is Thiel personally in need of hiring a military company for this ginormous amount!?! If there is legitimate military work it would be all legit going through

Palantir, not through Thiel personally. Thiel now needs to prove email history of legitimate work history of what this 'project' is and why there is suddenly no emails for this multimillion dollar work contract he's paid them. Why is he working alone and not with his team on this huge military project? Is there other HUGE payments to this and other military security guard companies from Thiel personally for other assassination jobs to look at over the last seven years (hes committed more murders)? This payment to the military security guard company, why is it going through a venture capital fund? What VC work do they have? He needs to forward dated emails with detailed contracts for all multimillion dollar payments. Top level military-trained body guards cost in NZ about NZ$20K per week 24-7 guard. Not $20m. These are assassination payments.

Thiel needs his deleted items bin checked in both his email accounts from 4 January 2024 (NSA). Search through them for coded assassination discussions, and the detail on the email below and 'what to do' email. Search for ordering the hit job on and off, emails with Andrew Hampton over me. Check key Palantir staff email for sharing links of hacking my Google drive company IP — Katie.cullum@gmail.com with pdfs marked Kate Cullum Strategy & Design (open the links and see). Check key staff sharing my gmail emails with Thiel, my address 1101/168 Hobson St Auckland, profiling me, marital status, facebook, connections.

· SPY CO: Same with the small home spy company, what personal work did Thiel need to hire this dodgy home co side-job. Look for payments in dates 2 november - 16 december 2022 for $800-1.6m in Thiels 20 entities. He's got a bigger high tech day job at a bigger company. Why is he getting these huge amounts? Prove emails of this job. Check the rest of his company bank accounts for large payments from Thiel over the last four years. Thiel uses this guy for his assassination jobs. Theil uses him for hacking emails and phones.

· ASSASSINS: The military company accounts need to be checked for large payments (about $20m) to unknown gang affiliated South American professional assassins between the dates of 2 nov-16 december 2022. Go to their banks to get their contact details. No websites, no registered business. Very very rich uneducated 40yo single men with flash big houses and no public jobs. They likely have connections to central american gangs. They have facebook pages. They are likely not from the military but are thugs trained by the military company to be professional assassins. They were procured through gangs. They could have criminal records, so look on criminal records files when you have their names. They have fake passports and IDs. They could be known for gang crimes and have been to prison. There is face ID evidence of them on footage on the 17 dec 2023 at my apartment Park Tower between 9-12pm at the lifts and the security guard has seen them, I need to speak to him. They were also by the lifts 13 and 14th 9-12pm. Police to collect footage 13, 14, 17th. I need to be there.

Plea bargain with all of them to get reduced sentences providing they give Theil up. Threaten them with the death penalty and life imprisonment unless they give Theil up. Threaten them financially in suing them.


PS: Ps: any law firm that gets this email and even thinks of representing Thiel in this giant criminal case will get immediately disbarred as a accomplice to crime. They will join the

criminal prosecution as aiding and abetting crime. This will be executive orders lead by President Biden, Director Burns, and PM Luxon so you cannot use the legal system