**UPDATE EMAIL TO PETER THEIL**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/29/2024
JEFFREY P. COLWELL, CLERK

27 January 2024

Thiel,

I have contacted every global, USA and national authority there is to inform them of your persistent illegal hacking, following and murder attempts of me this last 12 months. I have also filed in Colorado, Auckland and California Courts. The Supreme Court has also been notified of this international security threat and your assassinations. The case is presently being overseen by a Colorado Judge I have filed in. I will be represented by the Attorney General in both countries as representing the Government side you are committing crimes against. These Heads of Government are all in receipt of the Private Prosecution of your crimes, my Statement and the detail of your murder attempts:

- President Biden—White House (also via Director Burns)
- CIA Director Burns and Director Cohen
- FBI
- Interpol
- The Pentagon
- Denver Police
- FBI Director Christopher Wray
- USA Attorney General Garland
- Secretary of State Blinken
- Department of Defence Austin
- National Intelligence Director Haines
- Intelligence Inspector Monheim
- ICIG Whistleblowers
- NSA Whistleblowers
- DoD Whistleblowers
- NSA Director Nakasone
- Defence Intelligence Director Berrier
- Inspector General Horowitz
- Homeland Secretary Mayorkas
- Chief of Staff Zients
- Department of State Inspector Shaw
- Govt Accountability Office Inspector Birnbourn
- NSA Inspector Gerrity
- USA Supreme Court (CJ Roberts, J Alito, J Sotomayor, J Kagan, J Gorsuch, J Kavanagh, J Coney-Barrett)
- Colorado District Court
- California District Court
- Auckland District Court
- NZ Supreme Court Chief Justice Winkelmann
- Palantir Class Action Investors
- Palantir Federal Advisory Board
- Facebook Zuckerberg
- President Donald Trump

All NZ Cabinet Ministers:

- Intelligence Minister PM Luxon
- NZ Governor General Dame Kiro
- GCSB Minister AG Judith Collins
- Police Minister Mitchell & Costello
- Minister Willis
- Minister Bishop
- Minister Reti
- Minister Brown
- Minister Standford
- Minister Goldsmith
- Minister Upston
- Minister McClay
- Minister Potaka
- Minister Lee
- Police Commissioner Coster
- NZ Police
- NZ Inspector General Horsely
- Defence Director Bridges
- Auckland DHB
- Te Whetu Ora CEO Apa & Chairperson Poutasi
- The Health Commissioner, The Director of Proceedings
- Ministry of Health
- The Director-General of Health Dr Sarfarti
- NZIPCA

The worlds global media have been alerted of this whistleblowing murder attempt by you:

- NBC
- ABC
- Fox
- CNN
- Daily Wire
- NZ Media Heads of Department

All of these parties are in receipt of the Private Prosecution detailing your crimes against me, my Statement and the evidence of these murder attempts. All these parties know that you are trying to murder me. My Statement can immediately convict you of murder internationally if you try to murder me. The Police know you are trying to do a murder-suicide, all police files have been registered with your murder attempts, plus there are likely other murders on your police file and what we find with Financial Forensics. Interpol, FBI, NSA, National Intelligence, Defence Intelligence, Department of Defence, Homeland Secretary and the Inspector General of Intelligence and more, are now watching your every move.

They are concerned for my safety and life and now know there is a mentally-deranged psychopath cyber hunting and killing victims at Palantir.

CIA Director Burns and Intelligence Minister Luxon, who are on my side and leading this murder crime of yours, are one hair-string away from arresting you, they are on the cusp of it. They will renationalise the company and imprison you if you try to assassinate me again. If you pursue me again in any way, I will disclose the hacking, surveillance crimes, bribery, financial crimes and murder attempts to alert Elon Musk, Google, more Investors,

the Stock Exchanges, and the global press. If you pursue me again in any way, I am going to continue to pursue all these Heads of State of my continued threat to life, and blow this up on the world stage, I will pursue you in the Criminal Courts to put you in prison. I will pursue all these Government Head avenues to prosecute you, in your continuing to threaten my life. And with CIA, Intelligence Ministers and Heads of State, you will be publicly fired, arrested, and all your businesses will be destroyed over night, and the company will be renationalised publicly as a criminal company.

Leave me alone or I will not leave you alone. Get out of my comms, stop following me, stop your assassinations. If you pursue me, I will not stop pursuing you. If you keep trying to kill me, I will keep defending myself with enlisting these parties to defend me, going public prosecution. If you leave me alone, I will leave you alone.

KCSD Ltd.