IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00154-SBP

KATE CULLUM, Director and
KATE CULLUM STRATEGY AND DESIGN LTD., a New Zealand Corporation,

    Plaintiffs,

v.

PALANTIR, INC., a Colorado Corporation and
PETER THIEL, Chairman,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Kate Cullum initiated this action *pro se* on January 17, 2024. (*See* ECF No. 1). On January 19, 2024, the court issued an Order Directing Plaintiff Cullum to Cure Deficiencies (ECF No. 3). Specifically, the court directed Plaintiff to file her claims on the court-approved Complaint form and to file an Application to Proceed in District Cout Without Prepaying Fees or Costs (Long Form), or, in the alternative, to pay the $405.00 filing fee. (*Id.* at 2). The court gave Plaintiff thirty days to comply and warned her that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.*).

In response, Plaintiff submitted a letter (ECF No. 4). The court issued a minute order on February 22, 2024 (ECF No. 5), informing Plaintiff that she had not cured the deficiencies as ordered by the court and providing Plaintiff with an additional thirty days

to cure all deficiencies identified in the January 19 Order. (*Id.*). Plaintiff was again warned that failure to comply within the time allowed would result in dismissal without further notice. (*Id.*).

On March 13, 2023, Plaintiff submitted a "Notice of Criminal Proceedings Palantir V Kate Cullum Strategy & Design" (ECF No. 6). Plaintiff has not cured all identified deficiencies as directed, and the time to do so has expired. Thus, this action will be dismissed without prejudice for failure to comply with the court's order and failure to cure all filing deficiencies.

The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, she must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order and failure to cure deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   1st   day of    April   , 2024.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court