IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00154-LTB

KATE CULLUM, Director and
KATE CULLUM STRATEGY AND DESIGN LTD., a New Zealand Corporation,

    Plaintiffs,

v.

PALANTIR, INC., a Colorado Corporation and
PETER THIEL, Chairman,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 1, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 1 day of April, 2024.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/D.Gumbs
                        Deputy Clerk