IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00154-LTB

KATE CULLUM, Director and
KATE CULLUM STRATEGY AND DESIGN LTD., a New Zealand Corporation,

    Plaintiffs,

v.

PALANTIR, INC., a Colorado Corporation and
PETER THIEL, Chairman,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 7, 2025, Plaintiff submitted a "Motion to Reopen and Seal Confidential Government Information" (ECF No. 27). This case was closed on April 1, 2024, because Plaintiff failed to comply with a court order and failed to cure deficiencies. (*See* ECF No. 7). Plaintiff's repeated requests to reconsider the order dismissing this action have been denied. (*See* ECF Nos. 19, 21, 24, and 26). The Court has issued minute orders warning Plaintiff that additional documents filed in this case would be stricken. (*See* ECF Nos. 21 and 26). Therefore, the Clerk of Court is directed to STRIKE Plaintiff's April 7, 2025 motion (ECF No. 27). Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action.

Dated:  April 21, 2025